# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TORREY-TYREE LEWIS, | : | No. 79 MAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Chester County Court of Common |
| | : | Pleas at No. 2023-04719-MJ dated |
| v. | : | July 11, 2023. |
| | : | |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY | : | |
| FSB, ET, AL., | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 13th day of September, 2023, as this Court lacks jurisdiction over this appeal, *see* 42 Pa.C.S. § 722 (listing instances where this Court has exclusive appellate jurisdiction over final orders of the courts of common pleas), and the appeal falls within the exclusive appellate jurisdiction of the Superior Court, *see* 42 Pa.C.S. § 742, the matter is TRANSFERRED to the Superior Court. *See* Pa.R.A.P. 751.